UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARITY PANTALION SEYMOUR,<br><br>Plaintiff,<br><br>v.<br><br>WILSHIRE CREDIT CORPORATION HOME LOANS DIRECT et al.,<br><br>Defendants. | No.  2:19-cv-00564-MCE-KJN<br><br><br><br>**ORDER** |

Plaintiff Charity Pantalion Seymour ("Plaintiff") is currently represented in this case by attorney Dennise Henderson.  Following an appeal, the Court first ordered the parties to file a joint status report by January 21, 2022.  ECF No. 29.  When no response was filed, the Court then issued an order to show cause in writing as to why sanctions and/or dismissal of this action should not be imposed.  ECF No. 29.  To date, attorney Henderson has not complied with either order.  Both Plaintiff and her appellate counsel each filed responses to the order to show cause.  ECF Nos. 30, 31.

Accordingly, within ten (10) days from the date this order is electronically filed, attorney Henderson shall personally pay sanctions in the amount of $500 to the Clerk of Court.  See E.D. Local Rule 110.  Within thirty (30) days of the date of this order, attorney Henderson shall file a substitution of attorney form, inform the Court if Plaintiff

1

1 | wishes to continue proceeding with attorney Henderson as counsel, or file a motion to
2 | withdraw as counsel.  Failure to comply with this order will result, with no further notice to
3 | the parties, in further sanctions in excess of $1,001.00 that will be reported to the State
4 | Bar.  Plaintiff's ex parte Motion for 30-Day Extension of Time is DENIED as moot.
5 |     IT IS SO ORDERED.
6 | Dated:  March 10, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE