UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARITY PANTALION SEYMOUR,<br><br>Plaintiff,<br><br>v.<br><br>WILSHIRE CREDIT CORPORATION HOME LOANS DIRECT et al.,<br><br>Defendants. | No. 2:19-cv-00564-MCE-KJN<br><br><br><br>**ORDER** |

Plaintiff Charity Pantalion Seymour ("Plaintiff") is currently represented in this case by attorney Dennise Henderson. Following an appeal, the Court first ordered the parties to file a joint status report by January 21, 2022. ECF No. 28. When no response was filed, the Court then issued an order to show cause in writing as to why sanctions should not be imposed and/or this action dismissed. ECF No. 29. Attorney Henderson did not respond to either order and instead, Plaintiff and her appellate counsel each filed responses to the order to show cause. ECF Nos. 30, 31.

On March 10, 2022, the Court ordered attorney Henderson to personally pay sanctions in the amount of $500 to the Clerk of Court within ten (10) days. ECF No. 32 (citing E.D. Local Rule 110). Attorney Henderson was also ordered to file a substitution of attorney form, inform the Court if Plaintiff wishes to continue proceeding with attorney

1

Henderson as counsel, or file a motion to withdraw as counsel. Id. The Court made clear that "[f]ailure to timely comply with this order will result, with no further notice to the parties, in further sanctions in excess of $1,000 that will be reported to the State Bar." Id. To date, attorney Henderson has not paid the $500 sanctions or otherwise responded to any of the Court's orders.

Accordingly, the Court hereby imposes further sanctions in the amount of $1,100. Not later than five (5) days from the date this Order is electronically filed, attorney Henderson shall pay those sanctions, in addition to the $500, to the Clerk of Court. Within the same timeframe, attorney Henderson is further directed to provide notice of this Order to the State Bar of California. See Cal. Bus. & Prof. Code § 6068(o)(3).

IT IS SO ORDERED.

Dated: May 12, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE