UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARITY PANTALION SEYMOUR,<br><br>Plaintiff,<br><br>v.<br><br>WILSHIRE CREDIT CORPORATION HOME LOANS DIRECT, ET AL.,<br><br>Defendants. | No. 2:19–cv–00564–MCE–KJN<br><br>ORDER GRANTING IFP REQUEST |

On January 27, 2023, District Judge Morrison England referred plaintiff's Motion to Proceed In Forma Pauperis to the undersigned for disposition. (ECF No. 34.) See 28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or security" by a person who is unable to pay such fees). Plaintiff's affidavit makes the required financial showing, so plaintiff's request is granted.

Accordingly, IT IS HEREBY ORDERED that plaintiff's IFP application is GRANTED. This matter is referred back to the assigned district judge for further proceedings.

Dated:  February 24, 2023

seym.0564

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1