# UNITED STATES DISTRICT COURT
for the

istrict of California



FILED

JUN - 6 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

| | |
|---|---|
| Charity Pantalion Semour | ) |
| v. | ) Case No. 2:19-cv-0564 MCE KJN |
| Wilshire Credit Corporation et. al | ) |

USMS SACRAMENTO ROUD
FEB 22 2023 PM 12:05

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Dennise Suzanne Henderson                                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment           ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☒ Order of the Court

This offense is briefly described as follows:
 Violation of 18 U.S.C 402 Comtempt of Court

Date:   02/22/2023                                                       _____
                                                                          *Issuing officer's signature*

City and state:   Sacramento, CA                                          A. Kastilahn, Deputy Clerk
                                                                          *Printed name and title*

### Return

This warrant was received on *(date)* 2/22/23, and the person was arrested on *(date)* 6/5/23
at *(city and state)* Carmichael, CA

Date: 6/5/23                                                              _____
                                                                          *Arresting officer's signature*

                                                                          J. Carrilho, DUSM
                                                                          *Printed name and title*