1   Richard L. Antognini, SBN 075711
2   **LAW OFFICE OF RICHARD L. ANTOGNINI**
    2485 Notre Dame Boulevard, Suite 370-45
3   Chico, California 95828-7167
    Telephone:      (916) 295-4896
4   Email:          rlalawyer@yahoo.com

5   Attorneys for DENNISE HENDERSON

6

7                     **UNITED STATES DISTRICT COURT**

8                     **EASTERN DISTRICT OF CALIFORNIA**

9

10  CHARITY PANTALION SEYMOUR,                     Case No.:  2:19-cv-00564-MCE-KJN

11            Plaintiff,                           **RELEASE OF ATTORNEY LIEN**

12  v.

13
    NATIONSTAR; MR. COOPER, US BANK,
14  N.A., et al.,

15            Defendants

16

17

18        DENNISE HENDERSON and the LAW OFFICE OF DENNISE HENDERSON, on behalf

19  of themselves and their heirs, successors, assigns and transferees, hereby release all liens they have

20  on any recovery the plaintiff CHARITY PANTALION SEYMOUR may obtain in this case.

21

22

23

24

25

26

27

28

---

1          Dated  June 12, 2023

2                                       By:  /s/ Dennise S. Henderson

3                                            Dennise S. Henderson

4

5  Dated  June 12, 2023                  LAW OFFICE OF RICHARD L. ANTOGNINI

6

7

8                                      By:  /s/ Richard L. Antognini

9                                         Richard L. Antognini
                                        Attorneys for
                                        DENNISE HENDERSON

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing Release of Attorney Lien with the Clerk of the Court for the United States District Court for the Eastern District of California using the District Court's CM/ECF system on June 12, 2023.

I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the District Court's CM/ECF system.

In addition, I emailed a copy of the above document to Charity Pantalion Seymour at her last known email address: charitypantalion@yahoo.com. The email was not returned.

Dated:  June 12, 2023

> /s/ Richard L. Antognini
> Richard L. Antognini
> Attorneys for
> DENNISE HENDERSON