UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARITY PANTALION SEYMOUR,<br><br>Plaintiff,<br><br>v.<br><br>WILSHIRE CREDIT CORPORATION HOME LOANS DIRECT, et al.,<br><br>Defendants. | No. 2:19-cv-00564-MCE-KJN<br><br><br><br>**ORDER** |

On February 22, 2023, this Court found attorney Dennise Suzanne Henderson ("Counsel") in civil contempt for failure to obey court orders and ordered that a bench warrant be issued for her arrest. See ECF No. 37. Counsel was arrested by the United States Marshal on June 5, 2023, and booked into the Sacramento County Main Jail. ECF No. 43. The Court held a hearing on June 7, 2023, ordering Counsel to remain in custody pending completion of the following: (1) a written release of the lien as outlined in the attorney/client retainer agreement; (2) payment in full of the outstanding, court-imposed sanctions in the amount of $1,600.00, see ECF Nos. 32–33; and (3) a written and comprehensive accounting of client funds to be provided to Plaintiff Charity Pantalion Seymour ("Plaintiff"). See ECF No. 45.

On June 12, 2023, attorney Richard Antognini, on behalf of Counsel, informed the Court that Counsel has paid the sanctions and released the lien. See ECF No. 47.

1

However, Counsel still must provide an accounting of client funds. With that said, because Counsel has complied with two requirements, the Court is amenable to releasing Counsel to finish the accounting requirement.

As such, Counsel is RELEASED from custody to finish the accounting and serve it on Plaintiff. To ensure compliance, not later than ten (10) days after her release from custody, Counsel must provide a copy of the accounting to the courtroom deputy at the following email address: Sdeutsch@caed.uscourts.gov. Failure to comply with this Order will result in Counsel again being held in contempt and taken back into custody without further notice. The Clerk of Court is directed to serve a copy of this Order on the United States Marshal. The United States Marshal is directed to provide a copy of this Order to Dennise Suzanne Henderson.

IT IS SO ORDERED.

Dated: June 12, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE