

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
THE HONORABLE MORRISON C. ENGLAND, JR.**

CHARITY PANTALION SEYMOUR,                    Case No. 2:19-cv-00564-MCE-KJN

       Plaintiff,

   v.                                                    **ORDER FOR RELEASE OF
PERSON IN CUSTODY**

WILSHIRE CREDIT CORPORATION
HOME LOANS DIRECT, et al.,

       Defendants.
_____/

TO:  THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release **DENNISE SUZANNE HENDERSON** in case number 2:19-cv-00564-MCE-KJN, from custody for the following reason(s):

| | |
|---|---|
| _____ | Release on Personal Recognizance |
| _____ | Bail Posted in the Sum of $ |
| _____ | Unsecured Appearance Bond |
| _____ | Appearance Bond with 10% Deposit |
| _____ | Appearance Bond with Surety |
| _____ | Corporate Surety Bail Bond |
| X | Other:  Counsel Dennise Suzanne Henderson is released from custody pursuant to the Court's order at ECF No. 48.  The United States Marshal is directed to provide copies of the Court's order at ECF No. 48 and release order to Dennise Suzanne Henderson. |

Issued at Sacramento, California on JUNE 12, 2023, at 12:35 p.m.

Dated:  June 12, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE