UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARITY PANTALION SEYMOUR,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONSTAR,<br><br>    Defendant. | No.  2:19–cv–00564–KJM–KJN PS<br><br>ORDER |

On October 10, 2023, the magistrate judge filed findings and recommendations (ECF No. 57), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  On October 24, 2023, plaintiff filed objections to the findings and recommendations (ECF No. 58), which have been considered by the court.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  The court adopts in part the findings and recommendations to the extent the Magistrate Judge recommends dismissing all federal claims against the remaining defendants for the reasons in the order at ECF No. 21.  The court also declines to exercise jurisdiction over the state-law claims against those defendants.  *See* 28 U.S.C. § 1367(c)(3); ECF No. 21 at 11.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 57) are **adopted in part as specified above**;
2. The Motion to Appoint Counsel (ECF No. 56) is **denied**;
3. This federal claims against the remaining defendants are **dismissed** for the reasons in the order at ECF No. 21;
4. The court **declines to exercise jurisdiction** over the remaining state law claims; and
5. The Clerk of Court is directed to **close this case**.

DATED: January 11, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE