UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charity Pantalion Seymour, | No. 2:19-cv-00564-KJM-KJN PS |
| Plaintiff, | ORDER |
| v. | |
| Nationstar, | |
| Defendant. | |

On October 10, 2023, the magistrate judge issued findings and recommendations recommending dismissal of the remaining defendants sua sponte and closing the case. F. & R. at 1, ECF No. 57. This court adopted the findings and recommendations in part "to the extent the Magistrate Judge recommend[ed] dismissing all federal claims against the remaining defendants" and otherwise "decline[d] to exercise jurisdiction over the state-law claims against those defendants." Prior Order at 1, ECF No. 59. The court entered judgment and closed the case. ECF No. 60. Plaintiff now seeks remand to state court. Mot. at 1–2, ECF No. 58. Plaintiff argues her request for remand in her objections was misplaced and now seeks an order remanding this case. *See generally id.* She has filed a motion to remand in state court. *See id.* at 2. Because the court previously declined to exercise jurisdiction over plaintiff's state-law claims and closed the case, it cannot grant the relief plaintiff seeks and so **denies** the motion. Plaintiff may be able to file her claims in state court directly.

1

1       This order resolves ECF No. 61.

2       IT IS SO ORDERED.

3  DATED: April 2, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE